[No. 22197–3–I. Division One. May 30, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. RICKY NELSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–04771–3, Sharon S. Armstrong, J., entered March 28, 1988. *Dismissed* by unpublished per curiam opinion.

[No. 21494–2–I. Division One. May 30, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. DERRICK M. DAVIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–8–04215–6, Maurice M. Epstein, J. Pro Tem., entered October 30, 1987. *Dismissed* by unpublished per curiam opinion.

[No. 11382–1–II. Division Two. June 1, 1989.]

VIOLET ZAKHARY, *Respondent,* v. STONEWALL INSURANCE COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 83–2–00251–3, Richard A. Strophy, J., entered September 9, 1987. *Affirmed* by unpublished opinion per Reed, J., concurred in by Alexander, C.J., and Worswick, J.